NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED


IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


STATE OF FLORIDA,                          )
                                           )
            Appellant,                     )
                                           )
v.                                         )  Case No.  2D17-4091
                                           )
DANIEL ROBERT POWELL,                      )
                                           )
            Appellee.                      )
_____)

Opinion filed September 21, 2018.

Appeal from the Circuit Court for Polk
County; J. Kevin Abdoney, Judge.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Kiersten E. Jensen,
Assistant Attorney General, Tampa, for
Appellant.

Daniel Robert Powell, pro se.


PER CURIAM.


            Affirmed.


MORRIS, SLEET, and BADALAMENTI, JJ., Concur.